BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 150
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
WALLACE CHIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:10-cr-0148 JAM |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| | ) | CONTINUING THE DATE |
| v. | ) | FOR ARRAIGNMENT FROM |
| | ) | MAY 7, 2010 TO MAY 4, 2010 |
| WALLACE CHIN, | ) | AT 2:00 P.M. |
| | ) | |
| Defendant. | ) | |

### Stipulation

The defendant, by and through his attorney, Bruce Locke and the United States, by and through its attorney, Laurel Loomis Rimon, hereby stipulate that the date currently scheduled for arraignment, May 7, 2010 at 2:00 p.m., should be changed to May 4, 2010 at 2:00 p.m. before Magistrate Judge Kendall J. Newman. The reason for the change is that the defense attorney is unavailable on May 7, 2010 at 2:00 p.m. Ms. Rimon has authorized Mr. Locke to sign this document for her.


DATED: April 15, 2010                                        /S/  Bruce Locke
                                                                              BRUCE LOCKE
                                                                              Attorney for Wallace Chin


DATED: April 15, 2010                                        /S/  Bruce Locke
                                                                              For LAUREL LOOMIS RIMON
                                                                              Assistant United States Attorney

1

<u>ORDER</u>

IT IS SO ORDERED.

DATED: April 16, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE