BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 150
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
WALLACE CHIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR. S-10-148 JAM |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER CONTINUING THE DATE FOR SENTENCING FROM AUGUST 10, 2010 TO SEPTEMBER 14, 2010 AT 9:30 A.M. |
| v. | ) | |
| WALLACE CHIN, | ) | |
| Defendant. | ) | |

<u>Stipulation</u>

The defendant, by and through his attorney, Bruce Locke and the United States, by and through its attorney, Laurel Loomis Rimon, hereby stipulate that the date currently scheduled for sentencing, August 10, 2010 at 9:30 a.m., should be changed to September 1 4, 2010 at 9:30 a.m. The reason for the change is that the defense attorney and the attorney for the government need to meet to clarify the calculation of the sentencing guidelines calculations. Ms. Rimon has authorized Mr. Locke to sign this document for her.

DATED: August 3, 2010                    /S/  Bruce Locke
                                         BRUCE LOCKE
                                         Attorney for Wallace Chin

DATED: August 3, 2010                    /S/  Bruce Locke
                                         For LAUREL LOOMIS RIMON
                                         Assistant United States Attorney

1

<u>Order</u>

IT IS SO ORDERED.

DATED: August 3, 2010

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE